Matthew J. Matern, State Bar No. 159798
  mmatern@maternlawgroup.com
Scott A. Brooks, State Bar No. 160115
  sbrooks@maternlawgroup.com
MATERN LAW GROUP, PC
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, CA  90266
Telephone:  310.531.1900
Facsimile:   310.531.1901

Attorneys for plaintiff Liset Viamontes


HARDY RAY MURPHY, CA Bar No. 187149
hardy.murphy@ogletree.com
RYAN T. CHUMAN, CA Bar No. 300695
ryan.chuman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:  213-239-9800
Facsimile:   213-239-9045


Attorneys for defendant Advance America,
Cash Advance Centers Of California, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISET VIAMONTES<br><br>Plaintiff(s),<br><br>vs.<br><br>ADVANCE AMERICA, CASH ADVANCE CENTERS, INC., et al.<br><br>Defendant(s). | CASE NO:<br>5:19-cv-02389-JGB-SHK<br><br>**NOTICE OF SETTLEMENT AND JOINT MOTION TO VACATE ALL REMAINING DEADLINES** |

**TO THE HONORABLE COURT:**

Plaintiff Liset Viamontes ("Plaintiff") and Defendant Advance America and Cash Advance Centers of California, LLC ("Defendant") (collectively, the "Parties"), acting through their respective counsel of record, hereby jointly submit this Notice of Settlement and move as follows:

1. Following negotiations, the Parties mutually agreed to settle this lawsuit. Counsel for the Parties have drafted a settlement agreement and are in the process of finalizing the terms, to be to approved by the Parties and they anticipate that the settlement agreement will be final within 20 days.

2. For these reasons, the Parties respectfully request that the Court vacate all upcoming case deadlines and take all currently scheduled hearing, pre-trial and trial dates off calendar in light of the Parties' settlement.

DATED: January 7, 2022   MATERN LAW GROUP, PC

By: /s/ Scott A. Brooks
Matthew J. Matern / Scott A. Brooks
Attorneys for Plaintiff
LISET VIAMONTES

DATED: January 7, 2022   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Ryan T. Chuman
Hardy Ray Murphy / Ryan T. Chuman
Attorneys for Defendant
ADVANCE AMERICA, CASH ADVANCE CENTERS OF CALIFORNIA, LLC

**SIGNATURE OF CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case filing Administrative Policies and Procedures Manual, I hereby certify that the contents of this document is acceptable to counsel for Defendant, and that I have obtained all necessary authorizations to affix Defendants' counsel's electronic signature to the document.

Dated: January 7, 2022

                        */s/ Scott A. Brooks*
                          Scott A. Brooks