MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
SCOTT A. BROOKS (SBN 160115)
sbrooks@maternlawgroup.com
MATERN LAW GROUP, PC
1230 Rosecrans Avenue, suite 200
Manhattan Beach, CA 90266
Tel: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for Plaintiff
LISET VIAMONTES

HARDY RAY MURPHY, CA Bar No. 187149
hardy.murphy@ogletree.com
RYAN T. CHUMAN, CA Bar No. 300695
ryan.chuman@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendant
ADVANCE AMERICA, CASH
ADVANCE CENTERS OF
CALIFORNIA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISET VIAMONTES, an individual, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCE AMERICA, CASH ADVANCE CENTERS, INC., a Delaware corporation; ADVANCE AMERICA, CASH ADVANCE CENTERS OF CALIFORNIA, LLC, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:19-cv-02389 JGB (SHKx)<br><br>**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)(1)(A)(II)**<br><br>Complaint Filed: September 25, 2019<br>Trial Date: January 25, 2022<br>District Judge: Hon. Jesus G. Bernal<br>Courtroom 1, Riverside<br>Magistrate Judge: Hon. Shashi H. Kewalramani<br>Courtroom 3 or 4, Riverside |

Joint Stipulation for Dismissal of Entire

Case No. 5:19-cv-02389 JGB (SHKx)
JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)(1)(A)(II)

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Liset Viamontes ("Plaintiff") and Defendant Advance America and Cash Advance Centers of California, LLC ("Defendant") stipulate and jointly request that this Court enter a dismissal with prejudice in its entirety in the above-entitled action. Each party shall bear his or its own costs, expert fees, and attorney expenses.

**IT IS SO STIPULATED.**

DATED: January 27, 2022

MATERN LAW GROUP, PC

By: _____
Matthew J. Matern
Scott A. Brooks
Attorneys for Plaintiff
LISET VIAMONTES

DATED: February 23, 2022

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Ryan T. Chuman
Hardy Ray Murphy
Ryan T. Chuman
Attorneys for Defendant
ADVANCE AMERICA, CASH ADVANCE CENTERS OF CALIFORNIA, LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Ryan T. Chuman, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  February 23, 2022       By:  /s/ Ryan T. Chuman
                                      Ryan T. Chuman